**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JACOBS PRIVATE EQUITY, LLC | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 16-CV-01705 |
| JOHN DOE, | : | |
| Defendant. | : | |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff, Jacobs Private Equity, LLC, submits this Notice of Dismissal.

Dated: June 14, 2017


David L. Hall
Jacob A. Sand
Wiggin and Dana LLP
Two Liberty Place
50 S. 16th Street, Suite 2925
Philadelphia, PA 19102
Tel: 215.988.8310
Fax: 215.988.8344

*/s/ Joseph C. Merschman*
Joseph C. Merschman (ct27896)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel: 203.498.4400
Fax: 203.782.2889

**CERTIFICATION**

I hereby certify that on June 14, 2017 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/ Joseph C. Merschman*
Joseph C. Merschman